UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID DOUCET AND SUZANNE DOUCET, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILDREN, MAY KATHRYN DOUCET, MARK DOUCET, AND LOUIS DOUCET; AND STATE FARM FIRE AND CASUALTY COMPANY** | **CIVIL ACTION NO. 3:13-cv-00251**<br><br>**JUDGE SHELLY D. DICK** |
| **Plaintiffs** | **MAG. STEPHEN C. RIEDLINGER** |
| **VERSUS** | |
| **DORMONT MANUFACTURING COMPANY,**<br>**Defendant** | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**FIRST SUPPLEMENTAL AND AMENDING PETITION**</u>

NOW INTO COURT, through undersigned counsel, come Plaintiffs, David Doucet and Suzanne Doucet, Individually and on Behalf of Their Minor Children, Mary Kathryn Doucet, Mark Doucet, and Louis Doucet, and State Farm Fire and Casualty Company, which respectfully present this First Supplemental and Amending Petition to their original Petition, to read as follows:

I.

To amend and supplement its original Petition for Damages in its entirety to read as follows:

1.

Made Defendant herein is:

a)  Dormont Manufacturing Company (hereinafter "Dormont"), a foreign corporation, domiciled in Pennsylvania, and upon information and belief, engaged in the business of manufacturing, designing, selling and distributing flexible stainless steel gas lines in the United States of America, including the State of Louisiana,

which is indebted unto Plaintiffs for the following, to wit:

2.

At all times pertinent hereto, David and Suzanne Doucet were the owners of a certain residence located at 12254 Fairlane Road, St. Francisville, Louisiana (hereinafter "Doucet residence"), where they resided with their minor children, Mary Kathryn, Mark and Louis Doucet.

3.

On or about January 17, 2012, a fire occurred at or near the double oven, Whirlpool range in the kitchen of the Doucet residence, resulting in substantial damage to the premises and contents.

4.

David and Suzanne Doucet, and their children, Mary Kathryn, Mark and Louis Doucet, all watched as their home burned as a result of the subject fire.

5.

An inspection revealed that a stainless steel flexible gas line, which was manufactured by Dormont and supplied gas to the Doucet Whirlpool range, failed, resulting in the subject fire.

6.

Upon information and belief, the Dormont stainless steel flexible gas line abutted the rear of the Whirlpool range at all times pertinent hereto.

7.

On or about January 17, 2012, Ms. Suzanne Doucet began preheating the bottom, electrical oven of the Whirlpool range, when an electrical arc occurred and perforated the Dormont stainless steel flexible gas line which allowed natural gas to flow freely and ignite, causing a severe fire.

8.

The fire was caused by the unreasonably dangerous condition related to the Dormont stainless

steel flexible gas line, specifically its thin-wall characteristics which cause it to be unreasonably susceptible to damage from electrical arcing.

9.

Alternatively and/or in addition, the fire was caused by Dormont's failure to provide an adequate warning about the dangerous characteristics of the flexible gas line at the time it left Dormont's control and/or after Dormont had knowledge of its dangerous characteristics after manufacture.

10.

The cause of the aforesaid incident was the negligence and/or fault of Defendant, Dormont, which fault consisted of the following acts and/or omissions, which list is inclusive, not exclusive:

  a. Manufacturing, assembling, marketing and/or selling a product which is unreasonably dangerous in design;

  b. Manufacturing, assembling, marketing and/or selling a product which is unreasonably dangerous because an adequate warning about the product was not provided; and,

  c. In all other regards as will be shown at the trial of this matter.

11.

At all times pertinent hereto, State Farm insured the Doucet residence and provided coverage for the damages sustained thereto.

12.

Pursuant to the terms of its insurance policy and as a result of the subject fire, State Farm paid to or on behalf of its insureds, David and Suzanne Doucet, the sum of ONE HUNDRED TWO THOUSAND EIGHT HUNDRED SIXTY-EIGHT AND 42/100 ($102,868.42) DOLLARS.

13.

Additionally, State Farm's insureds, David and Suzanne Doucet, suffered a loss in the form of a deductible in the amount of $2,430.00 and have assigned to State Farm the right to recover that amount.

14.

State Farm is subrogated legally, conventionally and by the terms of its policy, to the rights and interests of its insureds, David and Suzanne Doucet, to the extent of payments made herein.

15.

As a result of the fire, David Doucet and Suzanne Doucet, Individually, and on behalf of their minor children, Mary Kathryn Doucet, Mark Doucet, and Louis Doucet, have suffered general damages, including, but not limited to, loss of income, loss of consortium, emotional distress, inconvenience, and loss of use of their home.

16.

Despite amicable demand, the Defendant has refused to reimburse Plaintiffs for their loss.

**WHEREFORE**, Plaintiffs, David Doucet and Suzanne Doucet, Individually, and on behalf of their minor children, Mary Kathryn Doucet, Mark Doucet, and Louis Doucet; and State Farm Fire and Casualty Company, pray that, after due proceedings are had herein, there be judgment in their favor and against Defendant, Dormont Manufacturing Company, for the sum of all damages proven at trial, together with legal interest from date of judicial demand until paid, and for all costs of these proceedings.

Plaintiffs further pray for all general and equitable relief to which they may be entitled.

Respectfully Submitted By:

HANNAH, COLVIN & PIPES
10626 Timberlake Drive
Baton Rouge, Louisiana 70810
Telephone: (225)766-8240
Facsimile: (225) 766-5546

BY:   s/W. Ransom Pipes
W. Ransom Pipes (Bar Roll No. 17748)
Alexis M. Breedlove (Bar Roll No. 30649)
Blaine T. Aydell (Bar Roll No. 34430)

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of August, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John Alsobrook
650 Poydras Street, Suite 1460
New Orleans, LA 70130
*Attorney for Dormont Manufacturing Company*

　　　s/W. Ransom Pipes
**W. RANSOM PIPES**